1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    UNITED STATES OF AMERICA

9                               Plaintiff,          Case No.   MJ12-469

10          v.
                                                    **DETENTION ORDER**
11   DEVIN JENNINGS,

12                              Defendant.

13   Offense charged:

14          Possession of Cocaine Base in the Form of Crack Cocaine with the Intent to Distribute.

15   Date of Detention Hearing:  September 13, 2012.

16          The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

17   and based upon the factual findings and statement of reasons for detention hereafter set forth,

18   finds that no condition or combination of conditions which the defendant can meet will

19   reasonably assure the appearance of the defendant as required and the safety of any other person

20   and the community.

21          **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

22          Defendant is charged with an offense carrying a rebuttable presumption of detention.  He

23   has failed to overcome the presumption.  He has a long and serious criminal history and

**DETENTION ORDER - 1**

1    allegedly committed the offense while on federal supervised release.

2          It is therefore **ORDERED**:

3          (1)    Defendant shall be detained pending trial and committed to the custody of the

4    Attorney General for confinement in a correctional facility separate, to the extent practicable,

5    from persons awaiting or serving sentences, or being held in custody pending appeal;

6          (2)    Defendant shall be afforded reasonable opportunity for private consultation with

7    counsel;

8          (3)    On order of a court of the United States or on request of an attorney for the

9    Government, the person in charge of the correctional facility in which Defendant is confined

10   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

11   connection with a court proceeding; and

12         (4)    The Clerk shall direct copies of this order to counsel for the United States, to

13   counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

14   Officer.

15         DATED this 13th day of September, 2012.

16

17                                              _____
                                                BRIAN A. TSUCHIDA
18                                              United States Magistrate Judge

19

20

21

22

23

**DETENTION ORDER - 2**